1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DOMINIQUE N. THOMAS (CABN 231464)
   Special Assistant United States Attorney
5      1301 Clay Street, Suite 340S
       Oakland, CA 94612
6      Telephone: (510) 637-3680
       Fax: (510) 637-3724
7      E-Mail: dominique.thomas@usdoj.gov

8  Attorneys for Plaintiff

9
                   UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                         OAKLAND DIVISION
12

13
   UNITED STATES OF AMERICA,         )   No. 09-00229 DLJ
14                                   )
        Plaintiff,                   )   STIPULATED REQUEST TO CONTINUE
15                                   )   HEARING DATE TO JULY 31, 2009 FOR
        v.                           )   JUDGMENT AND SENTENCING AND
16                                   )   TO EXCLUDE TIME UNDER THE
   CARLOS SERAFIN-MORALES (aka       )   SPEEDY TRIAL ACT AND **ORDER**
17 Efrain Calixto-Jimenez,           )
                                     )   Date: July 10, 2009
18      Defendant.                   )   Time: 10 a.m.
                                     )
19
        A hearing in the above-captioned matter is set for July 10, 2009, for judgment and
20
   sentencing. The parties jointly request that the Court continue the matter to July 31, 2009 at
21
   10:00 a.m., and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §
22
   3161(h)(7)(A), between the date of this stipulation and July 31, 2009.
23
        Mr. Serafin-Morales is charged in a one-count indictment with a violation of 8 U.S.C. §
24
   1326, for being a deported alien found in the United States. On May 1, 2009, Mr. Serafin-
25
   Morales pleaded guilty to count one of the indictment, and the case was continued to July 10,
26
   2009, for sentencing. The parties have not entered into a plea agreement.
27
        On June 29, 2009, the matter was transferred to new government counsel for all
28

   STIPULATED REQUEST TO CONTINUE HEARING DATE
   09-00229 DLJ

1  purposes.[1]  Under the circumstances, the government requests a modest amount of time to review
2  the record in this case.  The ends of justice will be served by a reasonable continuance for
3  effective preparation, taking into account the exercise of due diligence.  Because defense counsel
4  will be in training for the next two weeks, the parties request a hearing date of July 31, 2009.

6  DATED: July 9, 2009                              _____/s/_____
                                                    DOMINIQUE N. THOMAS
7                                                   Special Assistant United States Attorney

9  DATED: July 9, 2009                              _____/s/_____
10                                                  NED SMOCK
                                                    Assistant Federal Public Defender

---

[1] The former prosecutor, Ms. Chinhayi Coleman, is currently on maternity leave.

STIPULATED REQUEST TO CONTINUE HEARING DATE
09-00229 DLJ

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that on May 1, 2009, the defendant entered a plea of guilty to the one-court indictment in this matter and sentencing was scheduled for July 10, 2009;

2. Given that there is no plea agreement;

3. Given that new government counsel was assigned to this matter on June 29, 2009; and

4. Given that government counsel needs sufficient time to review the record;

Based on these findings, IT IS HEREBY ORDERED that the sentencing date set for July 10, 2009, at 10:00 a.m., before the Honorable D. Lowell Jensen, is vacated and this matter is reset to July 31, 2009, at 10:00 a.m., for judgment and sentencing.

IT IS FURTHER ORDERED that time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) from the date of this stipulation to July 31, 2009, to allow the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

DATED: July 10, 2009

HON. D. LOWELL JENSEN
United States District Judge

STIPULATED REQUEST TO CONTINUE HEARING DATE
09-00229 DLJ